IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD W. MIGLIORE, J.D.,**<br>          Plaintiff,<br><br>          v.<br><br>**ROBERT L. ARCHIE, JR., ESQUIRE,** Chairman;<br>**DENISE MCGREGOR ARMBRISTER;**<br>**JOSEPH A. DWORETZKY, ESQUIRE;**<br>**LUCY FERIA,** Regional Superintendent;<br>**JAMES DOUGLASS,** Assistant Regional Superintendent;<br>**ESTELLE G. MATTHEWS,** Chief Talent Development Officer;<br>**ANDREW ROSEN, ESQUIRE,** Human Resources Representative;<br>**ARLENE ACKERMAN,** Superintendent;<br>**THE SCHOOL DISTRICT OF PHILADELPHIA;**<br>**THE SCHOOL REFORM COMMISSION;**<br>**JOHNNY IRIZARRY;**<br>**MARY SANDRA DEAN,** Principal;<br>          Defendants. | CIVIL ACTION<br><br><br><br>NO.  11-4018 |

## O R D E R

**AND NOW**, this 17th day of June, 2014, upon consideration of (1) Plaintiff's Motion for Judgment Pursuant to Federal Rule of Civil Procedure 54(b) (Document No. 44, filed February 18, 2014), treated by the Court as a Motion for Reconsideration of the Court's Memorandum and Order dated August 12, 2013, (2) Defendants' Response in Opposition to Plaintiff's Motion for Judgment on His Due Process Claims (Document No. 45, filed March 7, 2014), (3) Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Judgment Pursuant to Federal Rule of Civil Procedure 54(b) (Document No. 46, filed March 20, 2014), and (4) Defendants' Surreply to Plaintiff's Motion for Entry of Judgment on His Due Process Clause (Document No. 47, filed March 27, 2014), for the reasons stated in the Memorandum dated June 17, 2014, **IT IS**

**ORDERED** that Plaintiff's Motion for Judgment Pursuant to Federal Rule of Civil Procedure 54(b), treated by the Court as a Motion for Reconsideration of the Court's Memorandum and Order dated August 12, 2013, is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will conduct a conference by telephone in due course for the purpose of scheduling further proceedings.

BY THE COURT:

/s/ Jan E. DuBois
**DuBOIS, JAN E., J.**