IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD W. MIGLIORE, J.D.,**<br>    Plaintiff,<br><br>v.<br><br>**LUCY FERIA, Regional Superintendent,**<br>**ANTHONY ANTOGNOLI, Personal**<br>**Representative of the Estate of Arlene**<br>**Ackerman,**<br>**JAMES DOUGLASS, Assistant Regional**<br>**Superintendent,**<br>**ESTELLE G. MATTHEWS, Chief Talent**<br>**Development Officer,**<br>**ANDREW ROSEN, ESQUIRE, Human**<br>**Resources Representative,**<br>**THE SCHOOL DISTRICT OF**<br>**PHILADELPHIA, and**<br>**MARY SANDRA DEAN, Principal,**<br>            Defendants. | CIVIL ACTION<br><br><br><br>NO.  11-4018 |

## O R D E R

**AND NOW**, this 21st day of September, 2015, upon consideration of Plaintiff's Motion for Reconsideration of His Due Process Claims (Document No. 130, filed September 9, 2015), for the reasons set forth in the accompanying Memorandum dated September 21, 2015, **IT IS ORDERED** that Plaintiff's Motion for Reconsideration of His Due Process Claims is **DENIED.**

                                           BY THE COURT:

                                            /s/ Hon. Jan E. DuBois
                                           **DuBOIS, JAN E., J.**