IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD W. MIGLIORE, J.D.,<br>Plaintiff,<br><br>v.<br><br>LUCY FERIA, Regional Superintendent,<br>ANTHONY ANTOGNOLI, Personal<br>Representative of the Estate of Arlene<br>Ackerman,<br>JAMES DOUGLASS, Assistant Regional<br>Superintendent,<br>ESTELLE G. MATTHEWS, Chief Talent<br>Development Officer,<br>ANDREW ROSEN, ESQUIRE, Human<br>Resources Representative,<br>THE SCHOOL DISTRICT OF<br>PHILADELPHIA, and<br>MARY SANDRA DEAN, Principal,<br>Defendants. | CIVIL ACTION<br><br><br><br>NO.  11-4018 |

## O R D E R

**AND NOW**, this 16th day of November, 2015, following the first two parts of the final pretrial conference held on October 15 and November 5, 2015, and upon consideration of trial briefs submitted by the parties on the issues of constructive discharge and municipal liability, for the reasons set forth in the accompanying Memorandum dated November 16, 2015, **IT IS ORDERED** as follows:

1. The School District of Philadelphia is **DISMISSED** from the case and shall be **REMOVED** from the caption.

2. The third part of the final pretrial conference will be scheduled in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois

_____

DuBOIS, JAN E., J.