IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD W. MIGLIORE, J.D.,<br>Plaintiff,<br><br>v.<br><br>LUCY FERIA, Regional Superintendent,<br>ANTHONY ANTOGNOLI, Personal Representative of the Estate of Arlene Ackerman,<br>ESTELLE G. MATTHEWS, Chief Talent Development Officer,<br>ANDREW ROSEN, ESQUIRE, Human Resources Representative, and<br>MARY SANDRA DEAN, Principal,<br>Defendants. | CIVIL ACTION<br><br><br>NO. 11-4018 |

## O R D E R

**AND NOW**, this 2nd day of December, 2015, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

**IT IS FURTHER ORDERED** that the Court **RETAINS** jurisdiction over the case for the purpose of enforcing the settlement.

BY THE COURT:

/s/ Jan E. DuBois
DuBOIS, JAN E., J.